ROBERT GOELET et al., as Trustees under the Will of OGDEN GOELET, Deceased, et al., Respondents, *v.* W. P. CHRYSLER BUILDING CORPORATION, Appellant.

Argued June 3, 1938; decided July 7, 1938.

*Francis B. Upham, Jr.,* and *John H. Phelan* for appellant.

*Edward F. Clark, Leonard J. Reynolds* and *John A. Shorten* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.